Case: 1:21-mj-00515
Assigned To : Harvey, G. Michael
Assign. Date : 7/6/2021
Description: Arrest Rule(5)

KOH
CRC/RRR: USAO 2021R00027

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.** PJM21CR225 |
| | * | |
| **ANTWOINE ANTONIO GLOVER,** | * | (Felon in Possession of a Firearm and |
| **DEANGELO AHMAD GLOVER, and** | * | Ammunition, 18 U.S.C. § 922(g)(1)) |
| **MICHAEL DAMION JONES,** | * | |
| | * | |
| **Defendants** | * | |
| | * | |

\*\*\*\*\*\*\*

### INDICTMENT

### COUNT ONE
### (Felon in Possession of a Firearm and Ammunition)

The Grand Jury for the District of Maryland charges that:

On or about December 24, 2020, in the District of Maryland, the defendants,

### ANTWOINE ANTONIO GLOVER,
### DEANGELO AHMAD GLOVER, and
### MICHAEL DAMION JONES,

knowing they had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm and ammunition—that is, one Glock model

23 .40 caliber pistol, serial number TLW987, and .40 caliber ammunition—and the firearm and

ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

Josh Lenzner /CRL

Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:
## SIGNATURE REDACTED

Foreperson

Date: 6/16/21